JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTANA A. AHMADI, | ) Case No. 5:22-cv-01442-DOC-JC |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 21, 2023

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE